**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
KEVIN ROBINSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROBINSON, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> GARDEN GROVE TOWN CENTER PLAZA, a California corporation, HARVEST FRESH MARKETS; and Does 1-10, <br><br> Defendants. | Case No.: 8:21-cv-00932-DOC-DFM <br><br> **NOTICE OF SETTLEMENT OF THE ENTIRE CASE** <br><br><br><br><br><br><br><br> Date Action Filed: May 21, 2021 <br> Trial Date: Not Yet Set |

- 1 -

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules – Central District of California, Rule 16-15.7 the parties in the above-captioned action have reached an agreement to settle all claims between Plaintiff KEVIN ROBINSON and Defendant GARDEN GROVE TOWN CENTER PLAZA and HARVEST FRESH MARKETS. The Settlement has been agreed to in principle and the parties are in the process of preparing and finalizing the Settlement Agreement and Dismissal.  The parties intend to finalize the agreement as soon as practicable, but respectfully request that the parties are given sixty (60) days to finalize the Settlement Agreement and file the Dismissal. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines.

DATED: June 7, 2021                                       **MCFARLIN LLP**

                                                By:    /s/ Timothy G. McFarlin

                                                       Timothy G. McFarlin
                                                       Attorney for Plaintiff
                                                       KEVIN ROBINSON