**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
KEVIN ROBINSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROBINSON, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN GROVE TOWN CENTER PLAZA, a California corporation, HARVEST FRESH MARKETS; and DOES 1-10,<br><br>Defendants. | Case No.: 8:21-cv-00932-DOC-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE.**<br><br>[Fed.R.Civ.P. 41(a)]<br><br><br>Date Filed: May 21, 2021<br>Trial Date: Not Yet Set |

- 1 -

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff KEVIN ROBINON, voluntarily dismisses the above-captioned action with prejudice.

DATED: June 14, 2021                              **MCFARLIN LLP**

By:   /s/ Timothy G. McFarlin
_____

Timothy G. McFarlin
Attorneys for Plaintiff
KEVIN ROBINSON